# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD PENNINGTON, et al. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 1:09-CV-03286-TCB |
| FELICIA ANDERSON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ATLANTA, et al. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 1:11-CV-3398-SCJ |
| CAROLINE CROLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ATLANTA and STEPHENSON ) <br> CAMILLE, ) <br> ) <br> Defendants ) | CIVIL ACTION NO.: <br> 1:15-CV-03303-RWS |

1

| | |
|---|---|
| AUSTIN GATES, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 1:15-CV-03307-LMM |
| CITY OF ATLANTA, et al. | ) |
| Defendants. | ) |

| | |
|---|---|
| JOHN RUCH, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:15-CV-03296-MHC |
| CITY OF ATLANTA, et al. Defendants. | ) |

| | |
|---|---|
| COREY TOOLE | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 1:16-CV-02909-CAP |
| v. | ) |
| CITY OF ATLANTA, et al. | ) |
| Defendants. | ) |

## PETITION FOR EMERGENCY RELIEF
## FROM CHIEF JUDGE OF THE FEDERAL DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

2

**NOW COMES** the City of Atlanta (the "City"), on behalf of itself and all the individually named defendants, and files this Petition for Emergency Relief ("Petition") from the Chief Judge of the District Court of the Federal District Court for the Northern District of Georgia.

The City brings this Petition to the Chief Judge because it pertains to conflicts of interest by Plaintiffs' counsel in the below-listed six lawsuits (the "Lawsuits"), each of which is assigned to a different Judge of this Court. For the reasons set forth in the accompanying brief, the City believes that a comprehensive solution is needed to remedy the conflicts. The City brings this Petition on behalf of itself and the individually named defendants in the following Lawsuits:

1. *Calhoun et al. v. City of Atlanta et al.*, 1:09-CV-03286-TCB
2. *Anderson v. City of Atlanta et al.*, 1:11-CV-3398-SCJ
3. *Croland v. City of Atlanta et al.*, 1:15-CV-03303-RWS
4. *Gates v. City of Atlanta et al.*, 1:15-CV-03307-LMM
5. *Ruch v. City of Atlanta et al.*, 1:15-CV-03296-MHC
6. *Toole v. City of Atlanta et al.*, 1:16-cv-02909-CAP

In support of this Petition, the City files the following items contemporaneously herewith:

1. Brief in Support of Petition for Emergency Relief from the Chief Judge of the Federal District Court for the Northern District of Georgia (the "Supporting Brief").

2. In *Calhoun et al. v. City of Atlanta et al.*, 1:09-CV-03286-TCB, a Notice of Filing and Motion to Stay Compliance Monitoring by Plaintiffs' Counsel. The pleading attaches this Petition and the Supporting Brief. It

3

requests that Plaintiffs' role as paid compliance monitor be stayed pending resolution of this Petition, and **requests that the duties of the Court-appointed Special Master continue without modification**.

3. In *Anderson v. City of Atlanta et al.*, 1:11-CV-3398-SCJ, a Notice of Filing, attaching this Petition and the Supporting Brief.

4. In *Croland v. City of Atlanta et al.*, 1:15-CV-03303-RWS, a Notice of Filing and Motion to Stay Discovery. The pleading attaches this Petition and the Supporting Brief. It requests that, upon the Court's ruling on the pending Defendants' Motion to Dismiss, all proceedings be stayed pending resolution of this Petition.

5. In *Gates v. City of Atlanta et al.*, 1:15-CV-03307-LMM, a Notice of Filing and Motion to Stay Proceedings. The pleading attaches this Petition and the Supporting Brief. It requests that all District Court proceedings remain stayed pending resolution of this Petition. The District Court proceedings are currently being stayed pending a decision by the Eleventh Circuit Court of Appeals regarding Qualified Immunity and Official Immunity. The Eleventh Circuit Court of Appeals has not been copied on Defendants' Petition for Emergency Review as Defendants do not deem it material to the proceedings of the Appeals Court.

6. In *Ruch v. City of Atlanta et al.*, 1:15-CV-03296-MHC, a Notice of Filing and Motion to Stay Discovery. The pleading attaches this Petition and the Supporting Brief. It requests that discovery and all other proceedings be stayed pending resolution of this Petition.

7. In *Toole v. City of Atlanta et al.*, 1:16-cv-02909-CAP, a Notice of Filing and Motion to Stay Discovery. The pleading attaches this Petition and the Supporting Brief. It requests that, with the exception of the Court's ruling on the pending Defendants' Partial Motion to Dismiss, all proceedings be stayed pending resolution of this Petition.

Respectfully submitted, 17th day of January, 2017.

        **CATHY HAMPTON**
        City Attorney
        Georgia Bar No. 321899

        */s/ Robin Joy Shahar*
        **ROBIN JOY SHAHAR**
        Chief Counsel
        Georgia Bar No. 089435
        rshahar@atlantaga.gov
        (404) 546-4171 *direct*

        **ALISHA WYATT-BULLMAN**
        Assistant City Attorney
        Georgia Bar No. 189850
        aiwyattbullman@atlantaga.gov
        (404) 546-4125 *direct*

        **MAIYSHA RASHAD**
        Assistant City Attorney
        Georgia Bar No. 836938
        mrrashad@atlantaga.gov
        (404) 546-4086 *direct*

        Attorneys for Defendants

City of Atlanta Law Department
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*

## CERTIFICATION

Counsel for Defendants certifies that this Petition has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R. 5.1(C).

Respectfully submitted, 17th day of January, 2017.

          **CATHY HAMPTON**
          City Attorney
          Georgia Bar No. 321899

          By: _____
          **ROBIN JOY SHAHAR**
          Chief Counsel
          Georgia Bar No. 089435
          rshahar@atlantaga.gov
          (404) 546-4171 *direct*

          **ALISHA WYATT-BULLMAN**
          Assistant City Attorney
          Georgia Bar No. 189850
          aiwyattbullman@atlantaga.gov
          (404) 546-4125 *direct*

          **MAIYSHA RASHAD**
          Assistant City Attorney
          Georgia Bar No. 836938
          mrrashad@atlantaga.gov
          (404) 546-4086 *direct*
          Attorneys for Defendants

City of Atlanta Law Department
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:09-CV-03286-TCB |
| v. ) | |
| ) | |
| RICHARD PENNINGTON, et al. ) | |
| ) | |
| Defendants. ) | |
| FELICIA ANDERSON ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:11-CV-3398-SCJ |
| v. ) | |
| ) | |
| CITY OF ATLANTA, et al. ) | |
| ) | |
| Defendants. ) | |
| CAROLINE CROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:15-CV-03303-RWS |
| CITY OF ATLANTA and STEPHENSON ) | |
| CAMILLE, ) | |
| ) | |
| Defendants ) | |

7

| | |
|---|---|
| AUSTIN GATES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: <br> ) 1:15-CV-03307-LMM <br> ) <br> ) <br> ) <br> ) |
| JOHN RUCH, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, et al. <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:15-CV-03296-MHC <br> ) <br> ) <br> ) <br> ) |
| COREY TOOLE <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, et al. <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:16-CV-02909-CAP <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed the forgoing Petition with the Clerk of Court using the CM/ECF system with service on all

8

attorneys of record electronically.

By: */s/ Robin Joy Shahar*
**ROBIN JOY SHAHAR**
Chief Counsel
Georgia Bar No. 089435
rshahar@atlantaga.gov