# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| GEOFFREY CALHOUN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Miscellaneous Matter Number |
| v. | ) | 1:17-mi-00004-RWS-RGV |
| | ) | |
| CITY OF ATLANTA, et al. | ) | Also Filed in: |
| | ) | 1:09-CV-03286-TCB |
| Defendants. | ) | 1:11-CV-03398-SCJ |
| | ) | 1:15-CV-03303-RWS |
| | ) | 1:15-CV-03307-LMM |
| | ) | 1:15-CV-03296-MHC |
| | ) | 1:16-CV-02909-CAP |
| | ) | |
| | ) | |

## CONSENT REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR EMERGENCY RELIEF

Plaintiffs move, and Defendants consent, to a fifteen (15) day extension of time to respond to the Motion for Emergency Relief filed January 17, 2016 to February 10, 2016.

DATED: This the 24th day of January, 2017.

/s/ *Daniel J. Grossman*
Daniel J. Grossman
GA State Bar No. 313815
1579 Monroe Dr., Suite F-138
Atlanta, GA 30324
Telephone: (404) 654-0326
Dan@DanGrossmanLaw.com

Gerald R. Weber, Jr.
GA State Bar No. 744878
Southern Center for Human Rights
83 Poplar St. NW
Atlanta, GA 30303
Telephone: (404) 688-1202/(404) 522-0507
Facsimile: (404) 688-9440

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| GEOFFREY CALHOUN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Miscellaneous Matter Number |
| v. | ) | 1:17-mi-00004-RWS-RGV |
| | ) | |
| CITY OF ATLANTA, et al. | ) | Also Filed in: |
| | ) | 1:09-CV-03286-TCB |
| Defendants. | ) | 1:11-CV-03398-SCJ |
| | ) | 1:15-CV-03303-RWS |
| | ) | 1:15-CV-03307-LMM |
| | ) | 1:15-CV-03296-MHC |
| | ) | 1:16-CV-02909-CAP |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Plaintiffs move, and Defendants consent, to a fifteen (15) day extension of time to respond to the Motion for Emergency Relief filed January 17, 2016 to February 10, 2016.

For good cause show, the motion is GRANTED.

SO ORDERED: This the ___ day of January, 2017.

_____
HONORABLE RICHARD J. STORY
UNITED STATED DISTRICT COURT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing

**<u>CONSENT REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO</u>**

**<u>PETITION FOR EMERGENCY RELIEF</u>** with the Clerk of Court using the

CM/ECF system which will automatically send electronic mail notification of

such filing to all counsel of record.

     DATED: This the 24th day of January, 2017.


/s Gerald Weber
_____

Gerald Weber